205 So.2d 606

**John H. PROCELL et ux.**

**v.**

**James A. STRANGE et al.**

**No. 49016.**

Jan. 18, 1968.

Writ refused. On the facts found by the Court of Appeal the result reached is correct.